UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**TERRY JENKINS**                                              **PETITIONER**

v.                                                    CIVIL ACTION NO. 3:07CV-P688-S

**HON. FREDERICK COWAN et al.**                          **RESPONDENTS**

## **ORDER**

For the reasons set forth in the Memorandum Opinion entered this date and being otherwise sufficiently advised, **IT IS ORDERED** that Petitioner's federal claims are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted and pursuant to 28 U.S.C. § 1915A(b)(2) for seeking monetary relief from defendants who are immune from such relief.

**IT IS FURTHER ORDERED** that Petitioner's state law claims are **DISMISSED without prejudice**.

There being no just reason for delay in its entry, this is a final order.

The Court **certifies** that an appeal *in forma pauperis* would not be taken in good faith for the reasons set forth in the Memorandum Opinion. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:      Petitioner, *pro se*
          Respondents
          Jefferson County Attorney
4411.009